Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARNIE SCHULMAN**,<br><br>Plaintiff,<br><br>vs.<br><br>**JOVIAL FOODS INC.**<br>*doing business as*<br>Bionaturae<br><br>Defendant. | Case No.: 2:25-cv-00068-PD<br><br>**Magistrate Judge Patricia Donahue**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Marnie Schulman, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Dated: 3/20/2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3/20/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470